**STATE OF MONTANA,**
          **Plaintiff,**                **NO. 11813**
     **vs.**                       **DECISION**

**Mona Kincheloe,**
          **Defendant.**

On March 3, 1998, the Defendant was sentenced to ten (10) years to the Montana Women's Prison.

On September 18, 1998, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present via teleconference and informed of her right to be represented by counsel. Defendant proceeded Pro Se. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be amended to ten (10) years to the Montana Women's Prison, with five (5) years suspended.

The reasons for the amendment are that the circumstances of the offense and the violation of probation were not serious enough to require such an extensive sentence.

Done in open Court this 18th day of September, 1998.

DATED this 29th day of October, 1998.

**Chairman, Hon. Robert Boyd, Alt. Member, Hon. John C. McKeon and Alt. Member, Hon. Robert Holmstrom.**

The Sentence Review Board wishes to thank Mona Kincheloe for representing herself in this matter.